United States District Court
For The District of Columbia

Maersk Line Limited
        Plaintiff

**Case: 1:18-mc-00067**
**Assigned To : Unassigned**
**Assign. Date : 5/16/2018**
**Description: Misc.**

v

National Air Cargo Group Inc

Comes Now Maersk Line Limited by and through counsel and files this Registration of Foreign Judgment.

Respectfully Submitted

John T Husk
Law Office of Seaton & Husk LP
2240 Gallows Road
Vienna, VA 22182
DC BAR 434714

**RECEIVED**

**MAY 1 6 2018**

Clerk, U.S. District and
    Bankruptcy Courts